UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 2:13-cr-89-FtM-38NPM

JORGE OTANO
MARTHA OTANO
_____/

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**[1]

Before the Court is the United States' Motion for Final Order of Forfeiture for Substitute Asset (Doc. 244) for approximately $2,050.18 in unclaimed funds of Defendants Jorge Otano and Martha Otano received from the Division of Unclaimed Property Office, Florida Department of Financial Services, to be applied to the outstanding balance of the defendants' $1,307,000.00 order of forfeiture.

On October 18, 2019, pursuant to 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317(c)(1)(B), the Court entered a Preliminary Order of Forfeiture for Substitute Asset of the asset identified above.  (Doc. 242).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning on April 28, 2020 and continuing through May 27, 2020.  (Doc. 243).  The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Fort Myers, Florida 33901, a petition to adjudicate their

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

interest within 60 days of the first date of publication.

Other than the Defendants, whose interests were previously forfeited to the United States, no one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is

**ORDERED**:

The United States' Motion for Final Order of Forfeiture for Substitute Asset (Doc. 244) is **GRANTED**.

(1) Therefore, under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States of America.

(2) The proceeds from the forfeited asset will be credited towards satisfaction of the defendants' Orders of Forfeiture.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of June 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record